No. 98–5539. RAMOS-REY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–5540. SCOTT v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–5541. RODRIGUEZ-RODRIGUEZ v. UNITED STATES; and No. 98–5561. GARCIA-BELTRAN v. UNITED STATES. C. A. 1st Cir. Certiorari denied. Reported below: 149 F. 3d 1.

No. 98–5543. NIEVES v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–5544. MURKS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–5545. KIPKIRWA v. SANTA CLARA COUNTY PROBATION DEPARTMENT ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–5549. ABDUL-MATIYN v. NEW YORK. Sup. Ct. N. Y., Bronx County. Certiorari denied.

No. 98–5551. COOK v. MILLS, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–5552. D'GINTO v. GILLIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP, ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–5553. FLUITT v. STINSON, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 98–5555. HAYNES v. BELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–5556. GAULT v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–5558. BENSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–5563. WOODENLEGS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.